UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FISHER, aka GARY FRANCIS FISHER, aka GARY DALE BARGER (CDCR No. F-85263), | No. 2:14-cv-2417 DAD P |
| Plaintiff, | ORDER |
| v. | |
| R. J. ROUKLEY, et al., | |
| Defendant. | |

Plaintiff Gary Fisher, also known as Gary Francis Fisher and Gary Dale Barger, is a state prisoner proceeding without counsel with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction for all purposes pursuant to 28 U.S.C. § 636(c), and Local Rule 305(a). (See ECF No. 5.)

By order filed January 7, 2015, plaintiff was ordered to pay the appropriate filing fees within twenty-one days of the date of that order and was cautioned that his failure to do so would result in a recommendation that this action be dismissed. The twenty-one day period has now expired, and plaintiff has not paid the appropriate filing fee.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

2  Dated: March 1, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
barg2417.fifp